**AINSMAN LEVINE, LLC**
By:    Erin K. Rudert, Esquire
PA Bar Identification No:  200432
310 Grant Street, Suite 1500
Pittsburgh, PA  15219
(412) 338-9030
er@ainsmanlevine.com
*Attorney for Plaintiff, Leah Dice*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEAH DICE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:18-cv-00839-CB |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| PROGRESSIVE INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby

stipulate to the voluntary dismissal of all claims by the plaintiffs in this action and to the entry of a

final judgment of dismissal, with prejudice, operating as an adjudication on the merits, without costs

or fees to any party.

CONSENTED TO:

*/s/  Jeffrey A. Ramaley, Esquire*
Jeffrey A. Ramaley, Esquire
Zimmer Kunz
310 Grant Street, Suite 3000
Pittsburgh, PA  15219
*(Counsel for Defendant)*

*/s/  Daniel J. Twilla, Esquire*
Daniel J. Twilla, Esquire
Burns White
48 26th Street
Pittsburgh, PA  15222
*(Counsel for Defendant)*

*/s/  James T. Davis, Esquire*
James T. Davis, Esquire
Davis & Davis
107 East Main Street
Uniontown, PA  15401
*(Counsel for Plaintiff)*

*/s/  Erin K. Rudert, Esquire*
Erin K. Rudert, Esquire
Ainsman Levine, LLP
310 Grant Street, 15th Floor
Pittsburgh, PA  15219
*(Counsel for Plaintiff)*

DATE: November 14, 2018

{AL561022.1}